WILLIAM B. MACDONALD, Respondent, v. HAMILTON B. WILLS & COMPANY, LTD., Appellant.— Order modified by striking out the provision for an inspection of the books and papers of the defendant and by providing that books, papers and records relevant or material to the matters alleged in the complaint and connected with plaintiff's transaction with Hamilton B. Wills be produced upon the examination of William M. Knowlton in aid of his memory only, and as so modified the order is affirmed, without costs of this appeal to either party.   Held, that the moving papers do not state facts sufficient to justify the order for an inspection of the books and papers of the defendant, but are sufficient to justify the order for an examination of the defendant and its manager, William M. Knowlton.   All concur.

JAMES O. SEBRING, Respondent, v. MARY ELLEN LONG, as Sole Administratrix, etc., of ANDREW LONG, Deceased, and Others, Appellants, Impleaded with Another, Defendant.— Appeal transferred to the Appellate Division, Third Department, in furtherance of justice, to be there heard and determined pursuant to section 231 of the Code of Civil Procedure.   Clark, J., being disqualified and not sitting.

ALMEDA S. BEEBE, Respondent, v. RAYMOND W. BEEBE, Appellant.— Order affirmed, with ten dollars costs and disbursements.   All concur, except Davis, J., who dissents on the ground that the identity of the cases is not the same, and upon the authority of *Tafel* v. *Tafel* (169 App. Div. 417).

WILTON BLOCK, as Administrator, etc., of C. HENRY AMSDEN, Deceased, Respondent, v. CATHERINE M. AMSDEN, Appellant, Impleaded with Others, Defendants.— Judgment modified by allowing the defendant Catherine M. Amsden an additional credit of $106 and reducing the recovery accordingly, and as so modified the judgment is affirmed, without costs of this appeal to either party.   All concur.

NELLIE B. CHANDLER, Respondent, v. CARRIE B. C. KRON and Others, Appellants.— Judgment affirmed, with costs.   All concur.

JOHN WHITTAKER, Respondent, v. JAMES MEADE, Appellant.— Judgment and order affirmed, with costs.   All concur, Hubbs, J., not sitting.

MINNIE H. BRESEIN, as Administratrix, etc., of FRANK C. F. BRESEIN, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY and Another, Appellants.— Motion granted, unless appellants file and serve printed papers on appeal and pay to respondent's attorney ten dollars by the twenty-second day of March and be ready to argue appeal on the twenty-third day of March.